JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 512 -- In re Air Crash Disaster in Prestwich, Scotland, United Kingdom on December 19, 1979

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/06/09 | 1 | MOTION, MEMORANDUM, SCHEDULE OF ACTIONS, EXHIBITS AND CERT. OF SVC. -- Pltfs. Spaulding and Hetzner (emh) SUGGESTED TRANSFEREE DISTRICT: N.D. California SUGGESTED TRANSFEREE JUDGE: (emh) |
| 82/06/21 | | APPEARANCES -- Thomas G. Smith, Esq. for Jo Spaulding, etc. and Jill L. Hetzner, etc.; Clinton H. Coddington, Esq. for General Dynamics; Neil E. Falconer, Esq. for British Aerospace Public Ltd., Co. (eaf) |
| 82/06/28 | 2 | RESPONSE, CERT. OF SVC. -- Deft. British Aerospace Public Co. Ltd. (eaf) |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-2 for Panel hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |
| 82/09/16 | | WAIVERS OF ORAL ARGUMENT for hearing on 9/23/82 in Okla. City, OK -- Deft. British Aerospace Public Ltd. Co. and General Dynamics.~~(eaf)~~ and Jo Spaulding, et al. and Jill L. Hetzner, et al. (eaf) |
| 82/09/17 | | WAIVER OF ORAL ARGUMENT for hearing on 9/23/82 in Okla. City, OK-- pltfs. Spaulding and Hetzner (ds) |
| 82/11/02 | | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Thelton E. Henderson for coordinated or consolidated pretrial proceedings. (emh) |
| 82/11/02 | | TRANSFER ORDER -- transferring A-1 to the Northern District of California pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 512 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER AT PRESTWICH, SCOTLAND, UNITED KINGDOM ON DECEMBER 19, 1979

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/23/82 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/2/82 | TO | Unpublished | N.D.Calif. | Thelton E. Henderson | |

Special Transferee Information

DATE CLOSED: 2/27/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 512 -- In re Air Crash Disaster at Prestwich, Scotland, United Kingdom on 12/19/79

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jo Spaulding, etc. v. General Dynamics Corp., et al. | E.D.Cal. Wilkins | CIV S-80-976-PCW | NOV 2, 1982 | C83-322-TEH | 2/27/84 D | |
| A-2 | Jill L. Hetzner, etc. v. General Dynamics Corp., et al. | N.D.Cal. Henderson | C-80-4484-TEH | | | 2/27/84 D | |

Docket Closed 2/27/84

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 512 -- IN RE AIR CRASH DISASTER IN PRESTWICH, SCOTLAND, UNITED KINGDOM ON DECEMBER 19, 1979

JO SPAULDING, ETC. (A-1)
JILL L. HETZNER, ETC. (A-2)
Thomas G. Smith, Esq.
Sterns, Smith, Elstead & Walter
490 Pacific Avenue
San Francisco, California  94133

GENERAL DYNAMICS
Clinton H. Coddington, Esq.
Coddington & Winters
3000 Sand Hill Road
Building 1, Suite 185
Menlo Park, California  94025

BRITISH AEROSPACE PUBLIC LTD. CO.
Neil E. Falconer, Esq.
Steinhart & Falconer
333 Market Street
Suite 3200
San Francisco, California  94105

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 512 -- In re Air Crash Disaster at Prestwich, Scotland, United Kingdom on December 19, 1979

| Name of Party | Named as Party in Following Actions |
|---|---|
| General Dynamics Corp. | A-1, B-2 |
| British Aerospace Industries Group | A-1, A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

JPML FORM 3