JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
NOV -2 1982
PATRICIA D. HOWARD
CLERK OF THE PANEL

11/2/82

DOCKET NO. 512

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE AIR CRASH DISASTER AT PRESTWICK, SCOTLAND, UNITED KINGDOM, ON DECEMBER 19, 1979

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A either agree on the desirability of or do not oppose transferring, pursuant to 28 U.S.C. §1407, the action pending in the Eastern District of California to the Northern District of California for coordinated or consolidated pretrial proceedings with the action pending in that district. The Panel has found upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Eastern District of California be, and the same hereby is, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Thelton E. Henderson for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

MDL-512 -- In re Air Crash Disaster at Prestwick, Scotland, United Kingdom, on December 19, 1979

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jo Spaulding, etc. v. General Dynamics Corp., et al. | C.A. No. CIV S-80-976-PCW |

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jill L. Hetzner, etc. v. General Dynamics Corp., et al. | C.A. No. C-80-4484-TEH |